Faruq Sehwail
1208 W Cornelia
Chicago, IL 60657


Abn Amro Mortgage Gr
2600 West Big Beaver Road
M0904-470 Research Dept
Troy, MI  48084-3306


American Express
P.O. Box 981537
El Paso, TX  79998


Cach, Llc
4340 S Monaco, Second Floor
Denver, CO  80237


Calumet Felxicore
24 Marble Street
Hammond, IN 46327


Chase
PO Box 24696
Columbus, OH  43224


Citimortgage
PO Box 9438,DEPT 0251
Gaithersburg, MD  20898-9438


Enhanced Recovery Co
8014 Bayberry Rd
Jacksonville, FL  32256


Gecrb/sams Club
4125 Windward Plaza
Alpharetta, GA  30005

Hsbc Bank
26525 North Riverwoods Blvd
Mettawa, IL  60045



Illinois Department of Revenue

Bankruptcy Section

P.O. Box 64338


Internal Revenue Service
PO Box 7317
Philadelphoa, PA 19101-7317



Jpmorgan Chase Bank
2000 Marcus Avenue
New Hyde Park, NY  11042



Law Office of  Mary L SFASCIOTTI
79 West Monroe
Suite 1215
Chicago, IL 60603



Nco Financial System
PO Box 17205
Wilmington, DE  19850



Northbrook Bank and Trust
1100 Waukegan Rd.
Northbrook, IL 60062



Ostojic & Scudder
332 South Michigan Avenue, Ste. 1000
Chicago, IL 60604



Semi Investment
2533 Poplar Ave
Evanston, IL 60201

```
State Farm Bank
Customer Service 003722347
One State Farm Plaza,  A-1
Bloomington, IL  61710




Us Bancorp
425 Walnut St
Cincinnati, OH  45202




Worsek & Vihon LLP
180 North LaSalle Street
Chicago, IL  60601




Wyndham Vacation Own
10750 W. Charleston Blvd
Ste 130
Las Vegas, NV  89135
```

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle): **Zuric, Branislav** | **Name of Joint Debtor (Spouse)** (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **3826** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): **4343 N Claredon Apt 2202, Chicago, IL** ZIP CODE **60613** | Street Address of Joint Debtor (No. & Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*). _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Branislav Zuric** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ❏ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  **X  Not Applicable** _____ Signature of Attorney for Debtor(s)         Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
❏ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

❏ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

❏ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

❏ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

❏ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

❏ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

❏ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

❏ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Branislav Zuric** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Branislav Zuric**
Signature of Debtor   **Branislav Zuric**

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
**2/19/2014**
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

❏ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached.

❏ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X **/s/ O. Allan Fridman**
Signature of Attorney for Debtor(s)

**O. Allan Fridman   Bar No.   6274954**
Printed Name of Attorney for Debtor(s) / Bar No.

**WALLACH MICHALEC FRIDMAN, P.C.**
Firm Name

**555 Skokie Blvd Suite 500 Northbrook, IL 60062**
Address

**847-412-0788**          **847-412-0898**
Telephone Number
**2/19/2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

| **Signature of Debtor (Corporation/Partnership)** | X **Not Applicable** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re  **Branislav Zuric**  
_____ Debtor _____

Case No. _____  
*(if known)*

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____  
_____  
_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D) (12/09) – Cont.**

    ❏ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

        ❏ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        ❏ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        ❏ Active military duty in a military combat zone.

    ❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **s/ Branislav Zuric**
                           **Branislav Zuric**

Date:  **2/19/2014**

B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

In re **Branislav Zuric**, Case No. _____
Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **State Farm Bank** <br> **Customer Service 003722347** <br> **One State Farm Plaza, A-1** <br> **Bloomington, IL 61710** | | | | **$5,892.00** |
| **American Express** <br> **P.O. Box 981537** <br> **El Paso, TX 79998** | | | | **$53,123.00** |
| **Wyndham Vacation Own** <br> **10750 W. Charleston Blvd** <br> **Ste 130** <br> **Las Vegas, NV 89135** | | | | **$11,944.00** |
| **Cach, Llc** <br> **4340 S Monaco, Second Floor** <br> **Denver, CO 80237** | | | | **$3,972.00** |
| **Nco Financial System** <br> **PO Box 17205** <br> **Wilmington, DE 19850** | | | | **$155.00** |
| **Enhanced Recovery Co** <br> **8014 Bayberry Rd** <br> **Jacksonville, FL 32256** | | | | **$291.00** |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Branislav Zuric**, Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Internal Revenue Service**<br>PO Box 7317<br>Philadelphoa, PA 19101-7317 | | | | $7,067.00 |
| **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | | | | $15,266.00 |
| **Internal Revenue Service**<br>PO Box 7317<br>Philadelphoa, PA 19101-7317 | | | | $10,286.00 |
| **Calumet Felxicore**<br>24 Marble Street<br>Hammond, IN 46327 | | | **UNLIQUIDATED**<br>**DISPUTED** | $70,000.00 |
| **Law Office of Mary L SFASCIOTTI**<br>79 West Monroe<br>Suite 1215<br>Chicago, IL 60603 | | | **UNLIQUIDATED**<br>**DISPUTED** | $12,254.54 |
| **Worsek & Vihon LLP**<br>180 North LaSalle Street<br>Chicago, IL 60601 | | | | $388.00 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **Branislav Zuric** , Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| **Ostojic & Scudder** **332 South Michigan Avenue, Ste. 1000** **Chicago, IL 60604** | | | | **$28,417.00** |

## DECLARATION UNDER PENALTY OF PERJURY

I, **Branislav Zuric**, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **2/19/2014**                              Signature: **s/ Branislav Zuric**

                                                **Branislav Zuric**
                                                (Print Name of Debtor)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B6D (Official Form 6D) (12/07)

In re **Branislav Zuric**                          , Case No. _____
                **Debtor**                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1560675685168<br>**Chase**<br>**PO Box 24696**<br>**Columbus, OH  43224** | X | | **04/01/2004**<br>**4343 N Claredon Apt 202, Chicago, IL**<br>_____<br>**VALUE $250,000.00** | | | | **151,377.00** | **0.00** |
| ACCOUNT NO. 1866<br>**Citimortgage**<br>**PO Box 9438,DEPT 0251**<br>**Gaithersburg, MD  20898-9438** | | | **12/01/2002**<br>**Mortgage**<br>**1741 W est Crsytal, Chicago, IL 60622 single family  homes**<br>_____<br>**VALUE $1,200,000.00** | | | | **268,140.00** | **0.00** |
| ACCOUNT NO.<br>**Northbrook Bank and Trust**<br>**1100 Waukegan Rd.**<br>**Northbrook, IL 60062** | | | **Second Lien on Residence**<br>**1741 W est Crsytal, Chicago, IL 60622 single family  homes**<br>_____<br>**VALUE $1,200,000.00** | | | | **620,000.00** | **0.00** |
| ACCOUNT NO.<br>**Semi Investment**<br>**2533 Poplar Ave**<br>**Evanston, IL 60201** | | | **Mortgage**<br>**1741 W est Crsytal, Chicago, IL 60622 single family  homes**<br>_____<br>**VALUE $1,200,000.00** | | | | **50,000.00** | **0.00** |

_0_  continuation sheets attached

Subtotal ➢
(Total of this page)                           **$ 1,089,517.00   $      0.00**

Total ➢
(Use only on last page)                        **$ 1,089,517.00   $      0.00**

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6E (Official Form 6E) (4/10)**

In re  **Branislav Zuric**  
_____,  
Debtor

Case No. _____  
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re **Branislav Zuric** ,                                    Case No. _____
                          Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**P.O. Box 64338**<br>**Chicago, IL 60664-0338** | | | **2008 Tax** | | | | 15,266.00 | 15,266.00 | $0.00 |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**PO Box 7317**<br>**Philadelphoa, PA 19101-7317** | | | **2006 Tax** | | | | 10,286.00 | 10,286.00 | $0.00 |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**PO Box 7317**<br>**Philadelphoa, PA 19101-7317** | | | **2010 Taxes** | | | | 7,067.00 | 7,067.00 | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ➤ (Totals of this page)     $ **32,619.00**   $ **32,619.00**   $ **0.00**

Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)     $ **32,619.00**

Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)     $ **32,619.00**   $ **0.00**

B6F (Official Form 6F) (12/07)

In re **Branislav Zuric** ,  Case No. _____
           **Debtor**                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3300630601866<br>Abn Amro Mortgage Gr<br>2600 West Big Beaver Road<br>M0904-470 Research Dept<br>Troy, MI 48084-3306 | | | 12/1/2002<br>Freddie Mac Account | | | | 0.00 |
| ACCOUNT NO. -3499908830095673<br>American Express<br>P.O. Box 981537<br>El Paso, TX 79998 | | | 1/1/1994<br>Charged Off Account | | | | 53,123.00 |
| ACCOUNT NO. 120005111851<br>Cach, Llc<br>4340 S Monaco, Second Floor<br>Denver, CO 80237 | | | 12/1/2013<br>Unpaid Subject Has Not Satisfied Debt. | | | | 3,972.00 |
| ACCOUNT NO.<br>Calumet Felxicore<br>24 Marble Street<br>Hammond, IN 46327 | | | Concrete Floor Manaufactuer | X | X | | 70,000.00 |
| ACCOUNT NO. 45795798<br>Enhanced Recovery Co<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | | | 12/1/2012<br>Unpaid Subject Has Not Satisfied Debt. | | | | 291.00 |

___3___ Continuation sheets attached

Subtotal ▸ $ **127,386.00**

Total ▸ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **Branislav Zuric**                                             Case No. _____
                    Debtor                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
*(Continuation Sheet)*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 771410018307<br>**Gecrb/sams Club**<br>4125 Windward Plaza<br>Alpharetta, GA 30005 | | | 2/1/2003<br>Charge | | | | 0.00 |
| ACCOUNT NO. 545800468489<br>**Hsbc Bank**<br>26525 North Riverwoods Blvd<br>Mettawa, IL 60045 | | | 10/1/2002<br>Charged Off Account | | | | 0.00 |
| ACCOUNT NO. 10425717441106<br>**Jpmorgan Chase Bank**<br>2000 Marcus Avenue<br>New Hyde Park, NY 11042 | | | 9/1/2004<br>Paid Account / Zero Balance | | | | 0.00 |
| ACCOUNT NO.<br>**Law Office of Mary L SFASCIOTTI**<br>79 West Monroe<br>Suite 1215<br>Chicago, IL 60603 | | | legal workk | X | X | | 12,254.54 |
| ACCOUNT NO. 25995266<br>**Nco Financial System**<br>PO Box 17205<br>Wilmington, DE 19850 | | | 4/1/2013<br>Unpaid Subject Has Not Satisfied Debt. | | | | 155.00 |

_3_ Continuation sheets attached

Sheet no. _1_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **12,409.54**

Total ➤ $
**(Use only on last page of the completed Schedule F.)**
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Branislav Zuric** ,   Case No. _____
        **Debtor**                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Northbrook Bank and Trust 1100 Waukegan Rd. Northbrook, IL 60062** | | | **Gaurantor for Zuric Builders,LLC -5321 N Lincoln** | | | | **0.00** |
| ACCOUNT NO. **Northbrook Bank and Trust 1100 Waukegan Rd. Northbrook, IL 60062** | | | **Gaurantor for Zuric Builders,LLC -932 West Diversy Av** | | | | **0.00** |
| ACCOUNT NO. **Northbrook Bank and Trust 1100 Waukegan Rd. Northbrook, IL 60062** | | | **Gaurantor for Zuric Builders,LLC -811 West Lawrence Av** | | | | **unknown** |
| ACCOUNT NO. **Northbrook Bank and Trust 1100 Waukegan Rd. Northbrook, IL 60062** | | | **Gaurantor for Zuric Builders,LLC -** | | | | **Unknown** |
| ACCOUNT NO. **Northbrook Bank and Trust 1100 Waukegan Rd. Northbrook, IL 60062** | | | **Gaurantor for Zuric Builders,LLC -72 North Lincoln   Av** | | | | **0.00** |

_3_  Continuation sheets attached

Sheet no.  _2_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims



Subtotal ➤ $ **0.00**

Total ➤ $

**(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Branislav Zuric** , Case No. _____
                              **Debtor**                             **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Ostojic & Scudder** <br> 332 South Michigan Avenue, Ste. 1000 <br> Chicago, IL 60604 | | | **legal work** | | | | **28,417.00** |
| ACCOUNT NO. **47078800** <br> **State Farm Bank** <br> Customer Service 003722347 <br> One State Farm Plaza, A-1 <br> Bloomington, IL 61710 | | | **10/1/2003** <br> **Credit Card** | | | | **5,892.00** |
| ACCOUNT NO. **511143054** <br> **Us Bancorp** <br> 425 Walnut St <br> Cincinnati, OH 45202 | | | **9/1/2005** <br> **Auto** | | | | **0.00** |
| ACCOUNT NO. <br> **Worsek & Vihon LLP** <br> 180 North LaSalle Street <br> Chicago, IL 60601 | | | | | | | **388.00** |
| ACCOUNT NO. **370304891** <br> **Wyndham Vacation Own** <br> 10750 W. Charleston Blvd <br> Ste 130 <br> Las Vegas, NV 89135 | | | **3/1/2003** <br> **Jj** | | | | **11,944.00** |

       3   Continuation sheets attached

Sheet no. 3 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **46,641.00**

Total ➢ $ **186,436.54**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

In Re:  
**Branislav Zuric**

Bankruptcy Case Number: _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated:  **2/19/2014**

**s/ Branislav Zuric**  
**Branislav Zuric**  
                Debtor